**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **KEITH LEARD,** | ) | CASE NO. 8:09CV408 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **YRC, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Defendant YRC, Inc.'s Motion for Summary Judgment (Filing No. 75) is granted;

2. All pending motions are denied as moot;

3. The Plaintiff Keith Leard's Complaint is dismissed, with prejudice; and

4. The parties will bear their own costs and attorney fees.

DATED this 10th day of January, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge